UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2004 NOV -5 A 11: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

ALPHAMED PHARMACEUTICALS CORP.,

Plaintiff,

MBD-04-10327-RGS

ORIGINAL ACTION PENDING IN THE
UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIV.; CASE NO.: 03-20078 CIV
ALTONAGA/BANDSTRA

vs.

ARRIVA PHARMACEUTICALS, INC. f/k/a
AlphaOne Pharmaceuticals, Inc., a California
corporation, SPINELLI CORPORATION f/k/a
Spinelli Investigations, Inc., an Arizona
corporation, CTG & ASSOCIATES, LLC, a
Georgia limited liability company, and
NORMAN TRANSETH, an individual,

Defendants.

Allowed. R.D. Stearns DJ 11-5-04.

## JOHN LEZDEY'S EMERGENCY MOTION FOR PROTECTIVE ORDER

JOHN LEZDEY, pursuant to Federal Rules of Civil Procedure 26(c), files this emergency motion for protective order as to Defendant ARRIVA PHARMACEUTICALS, INC.'s ("Arriva") Subpoena for Deposition of Mr. Lezdey, currently set for November 9, 2004. In support of this motion, Mr. Lezdey submits the accompanying memorandum of law.

WHEREFORE, John Lezdey respectfully requests this Court enter an order granting Mr. Lezdey's Motion for Protective Order as to his deposition set on November 9, 2004; and grant Mr. Lezdey any further relief deemed just and proper.

MIA\138379.1



Respectfully submitted,
JOHN LEZDEY

By his attorneys,

*/s/ Matthew R. Roberts*

Matthew R. Roberts (BBO# 655057)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9200

Of Counsel:

James E. McDonald
Eric Saida
DUANE MORRIS LLP
200 South Biscayne Blvd.
Suite 3400
Miami, Fl 33131-2397

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail and Facsimile this 5th day of November, 2004 upon Jonathan Goodman, Esq., Akerman Senterfitt, One Southeast Third Avenue, 28th Floor, Miami, FL 33131-1714, Jason A. Crotty, Esq, Morrison & Foerster, L.P. 425 Market Street, San Francisco, CA 94105-2482, Jay Green, Esq., Green, Ackerman & Frost, 1200 N. Federal Highway, Suite 301, Boca Raton, FL 33432, and Steven E. Eisenberg, Esq., Feldman Gale, Miami Center, 19th Floor, 201 South Biscayne Boulevard, Miami, FL 33131.

By: */s/*